AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
APR 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Kwong Yeen Edmond Looi

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: **EMC**

3 07 70220

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 15, 2007** in **San Francisco** county, in the **Northern** District of **California** defendant(s) did, (Track Statutory Language of Offense)

knowingly transport in interstate or foreign commerce by any means including by computer a visual depiction of a minor engaged in sexually explicit conduct, and did knowingly possess any matter containing a visual depiction of a minor that had been mailed or shipped or transported in interstate or foreign commerce, or which was produced using materials that had been mailed or shipped or transported

in violation of Title **18** United States Code, Section(s) **2252(a)(1) and (a)(4)(B)**.

I further state that I am a(n) **ICE Special Agent** and that this complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Approved As To Form:   AUSA: Michelle Morgan-Kelly

Name/Signature of Complainant:  SA Michael Appio

Sworn to before me and subscribed in my presence,

4/16/07
Date

at San Francisco, CA
City and State

The Honorable Edward M. Chen
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**UNITED STATES DISTRICT COURT**         }
                                         }        ss.   **AFFIDAVIT**
<u>**NORTHERN DISTRICT OF CALIFORNIA**</u>   }

I, Michael J. Appio, Special Agent, U.S. Immigration and Customs Enforcement (ICE), first being duly sworn, do depose and state:

I.  **AGENT BACKGROUND AND PURPOSE OF AFFIDAVIT**

1.  I am a Special Agent (SA) with U.S. Immigration and Customs Enforcement (ICE), assigned to the office of the Resident Agent in Charge, San Francisco International Airport (RAC/SI), and have been employed by ICE since July of 2003. Prior to my employment with ICE, I was employed as a United States Customs Inspector at San Francisco International Airport for three years. I hold a Bachelor's degree from the College of Charleston, South Carolina, and completed Basic Police Training, ICE Special Agent Training, and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia. I am responsible for enforcing federal criminal statutes, including the sexual exploitation of children, pursuant to Title 18, United States Code, Sections 2252 and 2252A. I have received training and actual experience relating to Federal Criminal Procedures, Federal Statutes and U.S. Immigration and Customs Regulations. This includes training in investigative techniques and violations of Title 18, United States Code, including specifically 18 U.S.C. Sections 2252(a)(1) and 2252(a)(4)(b) involving the transportation and possession of child pornography. As a Special Agent with ICE, I have conducted and assisted with numerous child pornography investigations and seized digital media devices containing child pornography. I have reviewed images containing child pornography in a variety of formats (such as digital still images and video images) and media (such as floppy diskettes, videotapes, magazines, and printed images). As a Special Agent of ICE, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States.

2. In the course of the investigation described herein, I have consulted with other federal agents, including San Francisco Postal Inspector Jude Densley, who have written affidavits for or participated in the application for and execution of hundreds of search and arrest warrants over the course of their careers.

3. This affidavit is made in support of a complaint against Kwong Yeen Edmond LOOI, date of birth April 7, 1974, for knowingly and intentionally transporting and possessing child pornography, in violation of Title 18, United States Code, Sections 2252(a)(1) and (a)(4)(B).

4. The facts set forth in this affidavit are known to me as a result of my participation in this investigation, from reports made to me by other law enforcement officers, and from records, documents, and other evidence obtained during this investigation. Since this affidavit is being submitted for the limited purpose of outlining the offensive conduct of Kwong Yeen Edmond LOOI, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts I believe are necessary to establish probable cause that a violation of federal law has occurred.

## II. FACTS ESTABLISHING PROBABLE CAUSE

5. In 2006, Postal Inspector Christopher Cizin of the New York Division of the U.S. Postal Inspection Service (USPIS) was conducting an undercover internet operation focusing on individuals trafficking in child pornography on the internet and through the U.S. Mail. As part of the undercover internet operation, Inspector Cizin, using the email address of MaryAnn107@verizon.net, posted a message into various internet groups offering hardcore child pornography videos of teens and preteens.

6. On July 19, 2006, Inspector Cizin received a response from one of the message postings from an individual using the email address of "free4fun789@yahoo.com." The email contained the subject header of "your post" and stated, "hi mary, read your post on the hardcore stuff on pre-teens and teens. how much are you selling them for? can it be sent over the email?"

7. From July 19, 2006 through April 11, 2007, Inspector Cizin exchanged email communications with "free4fun789@yahoo.com" in which "free4fun789@yahoo.com" negotiated the purchase of approximately 14 DVDs containing child pornography. The undercover asked "free4fun789@yahoo.com"

2

whether he had any pictures to trade, and he said that he did not and instead wanted to buy them. Specifically, "free4fun789@yahoo.com" sought to purchase videos of children between the ages of 11 and 16, asked how he could obtain the videos and whether they could be sent over the internet, and asked for a description of the videos.

8. In August, 2006, the undercover inspector sent the following descriptions to "free4fun789@yahoo.com":

   a. HPT-1 – Two young girls, both about 12 years old masturbate a boy about the same age. Then all masturbate themselves. They all have sex, oral action. From reel to reel video transferred. About 10 minutes

   b. APT-1 - Two young girls, one about 10 years old, the other about 12, one with budding breasts, the other flat play in a tub. Close up shots. Girls get out of tub for some masturbation action. Then the girls masturbate an older man. About 20 minutes

   c. APT - 2 – Two girls, one about 10 years old the other an older woman touch and play with each other. About 10 minutes

   d. APT-3 – "Teaching Lolita Sex," a man dressed like a doctor pulls out his penis and this 7 year old girl jerks him off while she cries. The doctor plays with the girls pussy while the doctor fondles her. Then another girl about 12 years old comes in and she plays with the doctor and the little girl. The doctor then puts his cock in the 7 year olds pussy. About 9 minutes.

   e. APT-4 – a man dressed like a doctor examines a 12 year old girl. Then the doctor pulls out his cock and she plays with it while he touches her. Then she sucks him off. About 8 minutes

   f. APT-5 – A combination of APT-3 and APT-4 with slightly different content. "Teaching Lolita Sex," a man dressed like a doctor pulls out his penis and this 7 year old girl jerks him off while she cries. The doctor plays with the girls pussy while the doctor fondles her. Then another girl about 12 years old comes in and she plays with the doctor and the little girl. Then the 12 year old girl is put in stirrups and touched. Then she gets anally fucked.

g.     #17 -Two girls, 13 and 11 years old. Lots of masturbation and first time lesbian action. Ends with daddy getting his cock sucked by the 13 year old  PLEASE DON'T SHARE THIS LIST WITH ANYONE, R U IN USA ?

9. "free4fun789@yahoo.com" responded that he was not in the United States and asked if he could download the videos over the internet and what the price would be. He specifically requested videos of teens aged 13 to 15, and asked for pictures as well. When the undercover inspector responded that she would not deal with persons outside the United States, "free4fun789@yahoo.com" responded that he would be coming to the United States the following month, to San Jose, and wanted to meet.

10. The undercover inspector did not hear from "free4fun789@yahoo.com" again until March 7, 2007, when the undercover inspector received the following email: "Hi Mary, Great news! I will be in the US next month. Anyway I can get the DVDs from you? I really want to purchase allthe [sic] DVDs you have. How many do you have in all? I will be in San Jose for a week from 16-20 Apr. Can I meet you somewhere near there? This will be my first trip to US." "free4fun789@yahoo.com" again asked what the price would be, the number of DVDs, and how he could obtain them.

11. The undercover inspector told "free4fun789@yahoo.com" to send a $20 down payment to a post office box in New York, New York to cover the cost of shipping, and that he would be met in California by the person who would give him the DVDs in exchange for the remaining amount. "free4fun789@yahoo.com" again requested videos of 13-16 year olds.

12. The undercover inspector then sent additional descriptions of videos, as follows:
   a.     CPT-7- Incest is best fuckfest has the whole family sucking and fucking eachother. Dad spreads, licks and plays with his daughter's pretty pink pussy. Dad then puts his big dick in her tight hole and finishes by cumming by her twat. Girl is about 14 or 15 years old.
   b.     CPT-12- A virgin about 13 or 14 years old is attacked by two guys. They both fuck her and you can actually see her cherry being popped. She sucks them off and gets finger fucked.
   c.     CPT-3-A teen cheerleader about 13 to 15 years old sucks an older guys cock then he fucks her from behind. They do 69 and he fingerfucks her.

     d.     CPT-8- A girl about 13 or 14 gets gang fucked by two guys. She takes one guy's cock down her throat while the other fucks her.

     e.     CPT-14-A schoolgirl about 14 or 15 years old puts on a show for her teacher showing off her panties. He ends up bending her over the desk and fucks her.

     f.     BPT-2- Three boys about 12 to 16 years old jack off, beat eachother off and give eachother head. They whip out the lube and then get into some good hot ass fucking

     g.     BPT-9-This has a bunch of hot young naked boys from 9 to 13 years old jacking off, kissing, ass fucking and sucking eachother off.

The undercover inspector stated that all videos were $20 each. "free4fun789@yahoo.com" responded that he would take all the DVDs the undercover had.

13. On or about April 12, 2007, Inspector Cizin received an email message from "free4fun@yahoo.com" stating his trip had been cancelled but he would contact "Maryann" the next time he was in the United States.

14. On March 26, 2007, I served a Customs summons on Yahoo! Incorporated for subscriber information for "free4fun789@yahoo.com." The records provided by Yahoo! revealed the account of "free4fun@yahoo.com" was an active account created on June 12, 2003, and listed the account country as Singapore.

15. Yahoo! also provided Internet Protocol (IP) address logs showing seventeen login entries between February 12, 2007 and March 23, 2007. Thirteen of those login entries were from four IP addresses: 128.107.248.220, 64.104.95.195, 64.104.127.195, and 64.104.161.226. IP addresses can be found by doing a "Whois" search at www.arin.net, which is the American Registry of Internet Numbers. An Arin Whois database search revealed Cisco Systems in San Jose, CA occupies the net range between 128.107.0.0 through 128.107.255.255 and between 64.100.0.0 through 64.104.255.255.

16. On March 28, 2007, I served a Customs summons on Cisco Systems for the identity of the user of the aforementioned IP addresses. Cisco Systems advised me that their records showed the user of the IP addresses listed above was Kwong Yeen Edmond LOOI, date of birth of April 7, 1974, Singapore national ID number S7413334G.

5

17. On March 30, 2007, I obtained reservation information for passenger name record number MLR2SU from Singapore Airlines. The reservation showed LOOI scheduled to arrive in San Francisco from Singapore on April 15, 2007, aboard Singapore Airlines (SQ) flight number 16. The same reservation showed LOOI scheduled to depart from San Francisco to Singapore on April 21, 2007 aboard SQ flight number 15.

18. Thus, despite claiming he had cancelled his trip, this flight information corroborated the March 7, 2007 email message sent to Inspector Cizin from "free4fun789@yahoo.com" in which he stated, in part, "Great news! I will be in the US next month...I will be in San Jose for a week from 16-20 Apr."

19. On April 15, 2007, at approximately 1258 hours Pacific time, LOOI arrived at San Francisco International Airport (SFO) aboard SQ 16. LOOI was referred for a secondary inspection based on U.S. Customs' authority to conduct border searches, as well as on the current investigation. LOOI claimed ownership of his suitcase and knapsack and all contents therein. After LOOI claimed ownership of his luggage, Customs and Border Protection (CBP) Officer Matthew Moran began a baggage examination. Within LOOI's knapsack, Officer Moran discovered a laptop computer, two external hard drives, and several memory sticks. Pursuant to CBP's border search authority, Officer Moran proceeded to search LOOI's Thecus N1050 external hard drive (serial number 063062727) to see if it contained images of child pornography. This hard drive contained several folders with names like "video clips," "vids," and "pics." Some subfolders contained names like "girls," "boys," "girls young," and "girls teen." Officer Moran, Inspector Densley and I reviewed the folders and noticed numerous child pornography images and movies.

20. Inspector Densley and I viewed one movie entitled "9yo vicky stripping and sucking (kiddy pedo illegal underage preteen).mpeg." In this video a white female who appears to be between the ages of nine (9) to twelve (12) strips naked except for black stockings. After she strips, she kneels in front of an adult male, unzips his pants and takes his penis out of his pants. She begins masturbating him and then puts his penis into her mouth.

21. At approximately 1425 hours, I asked LOOI if he understood English and was comfortable speaking English. He said he was. I then read LOOI his Miranda rights in the presence of Inspector Densley. LOOI stated he understood his rights and agreed to talk with us. LOOI admitted he downloaded the sexually explicit images of minors on his hard drive from bulletin board systems (BBS) that he accessed via the internet. LOOI said he read on the internet that images of this type were illegal. LOOI said he has been downloading child pornography images from the internet for approximately ten (10) years.

22. LOOI said he used the personal email address of "edmondlooi@yahoo.com" for the past ten years. LOOI said he did not have or use any other personal email addresses. After Inspector Densley asked LOOI if he knew someone named Maryann Derrick, LOOI admitted that he corresponded with Maryann using the email address of "free4fun@yahoo.com." LOOI said he emailed Maryann in an attempt to purchase child pornography movies. LOOI said one of the reasons he told Maryann his trip was cancelled was because he believed he was going to receive the child pornography DVDs at the airport after he checked in his luggage. LOOI said he it was his intention to transport the child pornography back to Singapore in his checked luggage.

23. Based on the above facts and information, I submit there is probable cause to believe that on April 15, 2007, in the Northern District of California, Kwong Yeen Edmond LOOI did knowingly and intentionally transport in interstate or foreign commerce a visual depiction of a minor engaged in sexually explicit conduct, in violation of Title 18, U.S.C., Section 2252(a)(1), and did knowingly possess one or more matters containing one or more visual depictions that have been mailed, or have been shipped or transported in interstate or foreign commerce, or which were produced using materials which had been mailed or so shipped or transported, by any means including by computer, where the producing of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions are of such conduct, in violation of Title 18, U.S.C., Section 2252 (a)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Michael J. Appio, Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Sworn to before me, and subscribed in my presence,
This 16th day of April, 2007.

_____
HON. EDWARD M CHEN
United States Magistrate Judge