SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY
Assistant United States Attorney

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-07 MJ 70220 EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER EXCLUDING TIME |
| v. ) | UNDER THE SPEEDY TRIAL ACT |
| ) | |
| KWONG YEEN EDMOND LOOI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States and defendant KWONG YEEN EDMOND LOOI stipulate to exclusion of time under the Speedy Trial Act from April 16, 2007 to April 24, 2007, as follows:

1. The parties appeared before the United States Magistrate Judge on April 16, 2007, for an initial appearance pursuant to the complaint filed in this matter.

2. At this appearance, defendant KWONG YEEN EDMOND LOOI requested, the government agreed, and the Court approved, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from April 16, 2007 to April 24, 2007. The grounds for exclusion were under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Failure to grant the requested exclusion of time would unreasonably deny defense counsel and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of counsel. Furthermore, the parties agree that the ends of justice served by excluding the period from April 16, 2007 to April 24, 2007, outweigh the best interest of the public and the defendant

SPEEDY TRIAL ACT STIP.
3-07 MJ 70220 EMC

1 | in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

2 |     3.    A proposed Order is submitted with this stipulation.

4 | DATED: April 17, 2007        Respectfully submitted,

5 |         SCOTT N. SCHOOLS
        United States Attorney

7 |         /s/ Michelle Morgan-Kelly
        MICHELLE MORGAN-KELLY
8 |         Assistant United States Attorney

9 | /s/ Steven Kalar
STEVEN G. KALAR
10 | AFPD Specially Appearing for Defendant

SPEEDY TRIAL ACT STIP.
3-07 MJ 70220 EMC        2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-07 MJ 70220 EMC |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. ) | |
| KWONG YEEN EDMOND LOOI, ) | |
| Defendant. ) | |

Based upon the Stipulation of KWONG YEEN EDMOND LOOI and the United States, and for good cause shown, IT IS HEREBY ORDERED that time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), is excluded from April 16, 2007 to April 24, 2007, under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The Court finds that the failure to grant this exclusion of time would unreasonably deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additionally, failure to grant the requested exclusion of time would unreasonably deny the defendant continuity of counsel. The Court further finds that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: _____      _____
                                EDWARD M. CHEN
                                United States Magistrate Judge