☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK, Betty Fong | REPORTER/TAPE NO. 9:40-9:45a (5m) | |
|---|---|---|---|
| MAGISTRATE JUDGE Edward M. Chen | DATE April 24, 2007 | ☐ NEW CASE | CASE NUMBER 3-07-70220 EMC |

FILED
07 APR 24 PM 4:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPEARANCES

| DEFENDANT Kwong Yeen Edmond Looi | AGE | CUST Y | P/NP | ATTORNEY FOR DEFENDANT Steven Kalar | ☒ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY Michelle Morgan-Kelly | | INTERPRETER | | FIN. AFFIDAVIT SUBMITTED ☒ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☒ COUNSEL APPOINTED ☒ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER Joshua Libby | | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |

PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING *Not Held* | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                                REAL PROPERTY:
☐ CASH            ☐ CORPORATE SECURITY            ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                         OTHER:

PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

CONTINUANCE

| TO: 5/21/07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. EDL | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED *Govt to submit order* | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

ADDITIONAL PROCEEDINGS

Court found defendant qualified and appointed AFPD as counsel. However, court reserves the right to review defendant's financial later to determine if defendant should contribute fees. Detention hearing did not held. Defendant requested to reset 5/21/07 at 9:30 a.m. before EDL for detention hearing/set date for preliminary hearing or arraignment. Government to submit order excluding time from today to 5/21/07.

COPIES SENT TO: Pretrial / Lili                                DOCUMENT NUMBER: