AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

―――――――― OFFENSE CHARGED ――――――――

18 U.S.C. 2252(a)(4)(B) - Possession of child pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☐ Felony

E-filing

PENALTY:

10 years imprisonment, $250,000 fine, up to lifetime supervised release, $100 special assessment

DEFENDANT - U.S.    07 JUN -4  AM 9: 48

▶ KWONG YEEN EDMOND LOO / EKING
    CHARLES LOO / EKING
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 07    0353    JSW

――――――――――― PROCEEDING ―――――――――――

Name of Complainant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

3 07 70220 EMC

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Michelle Morgan-Kelly

――――――――― DEFENDANT ―――――――――

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year    April 15, 2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

―――――――― ADDITIONAL INFORMATION OR COMMENTS ――――――――

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7  E-filing
8
9
10
11              UNITED STATES DISTRICT COURT
12             NORTHERN DISTRICT OF CALIFORNIA
13                SAN FRANCISCO DIVISION
14  UNITED STATES OF AMERICA,       CR   07   0353   JSW

15       Plaintiff,                  )    VIOLATION: 18 U.S.C. § 2252(a)(4)(B) -
                                     )    Possession of Child Pornography
16  v.                               )
                                     )    SAN FRANCISCO VENUE
17  KWONG YEEN EDMOND LOOI,          )
                                     )
18       Defendant.                  )
                                     )
19  _____  )

20                    I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE:  (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

23       On or about April 15, 2007, in the Northern District of California, the defendant,

24                      KWONG YEEN EDMOND LOOI,

25  did knowingly possess one or more matters which contained one or more visual depictions that

26  had been shipped and transported in interstate or foreign commerce, by any means including by

27  computer, where the producing of such visual depictions, as he well knew, involved the use of a

28  minor engaging in sexually explicit conduct and such visual depictions were of such conduct, in

    INFORMATION

1 | violation of Title 18, United States Code, Section 2252(a)(4)(B).

2 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

3 | Upon conviction of the offenses alleged in Count One, the defendant,

4 | KWONG YEEN EDMOND LOOI,

5 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

6 | and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

7 | property, real or personal, used or intended to be used to commit or promote the commission of

8 | the offenses of conviction, including but not limited to the following items that were seized from

9 | defendant on April 15, 2007:

10 | a. Thecus Y.E.S. External Hard Drive - serial number 063062727 (w/case and cord)

11 | b. IBM Thinkpad laptop computer - serial number L3-00K21

12 | c. Samsung External Hard Drive - serial number S042J20Y379443 (w/case)

14 | DATED:  MAY 30, 2007        SCOTT N. SCHOOLS
United States Attorney

17 | W. Douglas Sprague
Chief, Oakland Branch

19 | (Approved as to form: AUSA Morgan Kelly)

INFORMATION