FILED
JUN 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDMOND LOOI,<br><br>    Defendant. | CR 07-353 JSW<br>No. CR 3-07-70220 EMC<br><br>[PROPOSED] ORDER RE:<br>INTERNATIONAL COLLECT CALLS |

    The United States Marshal is directed to arrange for two international collect phone calls, per week, for defendant Edmond Looi. The Alameda County Sheriff, and the deputy sheriffs at Santa Rita and Glenn E. Dyer jails, are ordered to permit Mr. Looi to make these calls.

IT IS SO ORDERED.

DATED: 4 June 07

BERNARD ZIMMERMAN
United States District Court Judge

*Looi*, CR 3-07-70220 EMC
ORD. RE: COLLECT INT'L CALLS