UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA

       Plaintiff(s),                      No. CR 07-00353 JSW

  v.                             **CLERK'S NOTICE**

LOOI

       Defendant(s).

_____/

YOU ARE HEREBY NOTIFIED that on July 12, 2007, at 2:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Trial Setting **previously noticed for** July 5, 2007 , in this matter.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: June 11, 2007