1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  MARK KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone:  (510) 637-3705
7  Fax: (510)637-3724

8  Attorneys for Plaintiff

9                UNITED STATES MAGISTRATE COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           )   No.    3 07-70220 EMC
                                        )
13       Plaintiff,                     )   ORDER AND STIPULATION FOR
                                        )   CONTINUANCE FROM MAY 21, 2007
14  v.                                  )   THROUGH JUNE 4, 2007 AND
                                        )   EXCLUDING TIME FROM THE SPEEDY
15  KWONG YEEN EDMOND LOOI,             )   TRIAL ACT CALCULATION (18 U.S.C. §
                                        )   3161(h)(8)(A)) AND WAIVING TIME
16       Defendant.                     )   LIMITS UNDER RULE 5.1
                                        )
17

18       With the agreement of the parties, and with the consent of the defendant, the Court enters

19  this order scheduling an arraignment or preliminary hearing date of June 4, 2007 at 9:30A.M.

20  before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

21  hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

22  Speedy Trial Act, 18 U.S.C. § 3161(b), from May 21, 2007 through June 4, 2007.  The parties

23  agree, and the Court finds and holds, as follows:

24       1. The United States is preparing discovery which defense counsel will require adequate

25  time to review.  In addition, the parties are seeking a pretrial resolution of this matter that will

26  avoid the need for additional litigation.

27       2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

28  3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5. After a hearing on this matter on May 21, 2007, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 21, 2007 through June 4, 2007, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on June 4, 2007, at 9:30A.M., and (2) orders that the period from May 21, 2007 through June 4, 2007 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: May 31, 2007        /s/
STEVEN KALAR
Assistant Federal Public Defender

DATED: May 31, 2007        /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 6/6/07

NANDOR J. VADAS
United States Magistrate Judge