UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: July 10, 2007

Case No. CR-07-353   JSW          Judge: Jeffrey S. White

United States of America   v. Kwong Yeen Edmond Looi
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( X )

Michelle Morgan-Kelly                Steven Kalar
U.S. Attorney                        Defense Counsel

Deputy Clerk: Jennifer Ottolini      Court Reporter: Starr Wilson

E-filing

## PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count One of the Information in violation of 18 USC § 2252(a)(4)(B).

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in the custody of the U.S. Marshal.

Case continued to 9-20-07 at 2:30 p.m. for Judgment and Sentencing