SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DEREK OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    Facsimile: (415) 436-7234
    Email: derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0353 JSW |
|     Plaintiff, | |
|   v. | **NOTICE OF CHANGE OF COUNSEL** |
| KWONG YEEN EDMOND LOOI, | |
|     Defendants. | |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that the assigned Assistant United States Attorney for this case is Derek Owens. Future ECF notices should be sent to AUSA Derek Owens only at the email address of derek.owens@usdoj.gov.

//
//
//
//
//

NOTICE OF CHANGE OF COUNSEL
[CR 07-0353 JSW]

1 | AUSA Michelle Morgan-Kelly should be removed from the list of persons to be noticed.

2

3 | DATED: September 4, 2007              Respectfully submitted

4 |                                        SCOTT N. SCHOOLS
                                           United States Attorney

5

6

7 |                                        _____/s/_____
                                           DEREK OWENS
                                           Assistant United States Attorney

8

NOTICE OF CHANGE OF COUNSEL
[CR 07-0353 JSW]