EXHIBIT A

# *United States v. Edmond Looi,*

## CR 07-00353 JSW

## Letters of Support

EL000001

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

15 August 2007

Your honor

**Re: Kwong Yeen Edmond Looi**

My name is Peik Khoon and I am Edmond Looi's wife. I am aware that Edmond has pleaded guilty to possession of child pornography. However, I would like to share from a wife's point of view about how he is as a husband.

Edmond has always been more than a husband to me. He is also my best friend and confidante. I consult him in everything big and small. He has always been very patient with me, and would lend me his listening ear and a shoulder to cry on whenever I needed it. He is my pillar of strength and support. Words are inadequate to describe the kind of person he is. I have known him for close to 13 years.

He is one who always puts others before self and being his wife, I "benefited" most from his selfless nature. He always gives, never expecting anything in return. I am indeed blessed that God brought him into my life.

He takes care of everything in the home; organizes and manages it to the best of his abilities; the administrative as well as most of the household chores. This he does without a single complaint even though he holds a busy full time job as well. He does it willingly, and is his way of caring for me the best he knows how and at the same time working hard towards providing for my every need. He tries his best to be a dependable and responsible husband.

It's the little things he does that really shows his heart and what a loving husband he is.

Due to the nature of my job, I often had to work late, but no matter how hungry he was, he would always wait for me so that we could have dinner together. Sometimes even as late as 11pm, he would wait.

On my birthday every year, he makes it a point to wake up very early, to prepare an extra special breakfast for me. He never failed to remember and celebrate important dates like birthdays, anniversaries and Valentine's Day and endeavor always to make those dates special and memorable. On Valentine's Day, when many would steer clear from the florists, as the prices of flowers tend to be exorbitant in Singapore, Edmond on the other hand would always get flowers for me. He is a very sentimental person and treasures memories and relationships.

Every time he travels, he goes out of his way to get something special for me. In everything, I just have to indicate my liking, and I can be very sure that if it is within his means and ability, I will have it. He spares no effort and expenses to give me the best he could.

For example, I have this fondness for a particular green tea chocolate, which is only available in Japan. On one business trip, he had the chance to be in Tokyo for a few days. Edmond went all over town looking for as many of those chocolates as he could find. He ran on foot from shop to shop, and this he did even though he had little free time during that trip. He bought all that was available on the shelves. I finally ended up with 1 whole suitcase of that particular green tea chocolate! I still have some left in the fridge right now and it breaks my heart to see them now. That is how devoted and loving he is as a husband. He never holds anything back when it comes to giving of himself, whether it is time, attention or finances.

His job required much traveling and because of that, we did not have the chance to spend much time together. He works around this by trying his best to arrange business meetings such that he could fly back and be home on weekends, even though it meant much more traveling on the plane for him. He would come back even if it is only for 1 day just to spend time with me and then fly off again the very next day, instead of flying direct from destination to destination which would have been less tiring and time consuming. For the last trip, he flew back from Tokyo for one day and boarded the flight to San Francisco the next.

When I first started working, I was also studying part time. Most weekends, I was confined to the home studying. It was a stressful and difficult period for me. I did not have the luxury of time to spend with him; no outings, no movies, not even watching tv at home together. Yet, he never once complained about it but throughout the close to 4 years that it took, he stayed home on weekends to keep me company. He sacrificed his weekends to take care of the meals, make coffee to help keep me awake, attend to all the housework, etc. I did not have to worry about anything except my studies.

Edmond suffers from asthma since young and has to take his daily doses of steroids to control it. He also suffers from migraines and headaches frequently since his late teens. These headaches can be triggered off by a variety of factors such as a bumpy bus/car ride, pressures at work and emotional stress. Despite this, not many of his family or friends know he has such ailments because he doesn't make a fuss over them no matter how severe it is. Even I tend to forget, as he never lets it on when he is in pain. Sometimes when it is very severe, he would just be quieter than usual and only then would I realize that something is amiss. He takes the pain in his stride and never used it as an excuse for anything.

When life gets me down, I turn to him for support. I confide in him in everything. Through the years, he has always been there for me, lending me moral and emotional support. He always had an encouraging word to build me up. He has been very tolerant of me, never once raised his voice nor put me down. I might not have been the best of wife to him, but he never once criticized me but loves and accepts me for who I am and I am very grateful for that.

We met in 1995 during our university days. We were both in the Varsity Choir. He was singing in the bass section while I was in the soprano section. As I got to know him, I was impressed by his sincere, caring and thoughtful nature. He is also a gentleman who neither smokes nor drinks. We spent many wonderful Christmases singing Christmas carols at various places. He is also capable and dependable and excels in organizational and leadership skills.

Edmond is very fond of choral and classical music. He especially loves classical piano music. His favorite composer is Chopin. I have accompanied him to many performances and concerts and after that, we would queue up for the autograph and photo sessions. Due to family and

EL000003

financial situation at home while he was young, he did not have the chance to finish his formal music lessons. However, he persevered by himself and managed to pick up the skills in order not to disappoint his parents.

We registered our marriage officially in 2001, after 7 years of courtship but only had the church blessing and wedding reception 4 years after that, in Oct 2005. It took us that long, as he was working hard to save for our home, support the family and provide for a beautiful and memorable wedding and honeymoon - which he did. We were finally about to settle down to start a family.

Family is priority to him and whenever there was any need, even on my family's side, he would do his best to help. No questions asked. To him, it is always better to give than to receive. He's always been dependable and responsible even towards my family.

He loves his parents and my parents very much. Whenever my parents visit, he would go to great lengths to make sure they feel welcomed and are comfortable. My parents adore him. He honors and respects them as his own. He was planning to bring both sets of parents to Shanghai in the latter part of the year for a holiday, as it was their long-time desire to visit that place.

This incident has obviously given him unspeakable remorse and torment. While he is miles away from home without family or friends, coupled with the uncertainty of the future looming over him, he still thinks of others and tries to stay positive. In his letters home, he always tries to put on a brave front so that we will not worry too much and would always enquire of the family's wellbeing, reminding us to take care of ourselves, to move on with life, giving us advice and encouragement as we go along.

He has always been the one contributing, taking care, supporting and encouraging me all these years. While I am very disappointed and upset about what he did, it is now my turn to do the same for him - to support and love him in every way I can. I stand by him through this and will continue to be there for him when he returns. If given a choice to choose a husband all over, I would without a moment's hesitation choose him again because of whom he is - a caring, loving husband and a wonderful human being.

Due to distance and financial commitments, we are unable to attend the court hearings, but we certainly support him fully. It is my heartfelt desire to start life afresh with him; I look forward to have him back and to put all these behind us when it is over.

Yours sincerely

Peik Khoon Looi
Edmond Looi's wife

The Honorable Jeffery S White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

12 August 2007

Your Honor,

Re: Kwong Yeen Edmond Looi

My name is Teo Sock Koen. I am Edmond's mother and I am already 66 years old. I am quite aware that Edmond has already pleaded guilty to the possession of child pornography, and I am trying my best to offer you some further information about my good son, who had been very close to me ever since his birth. I am really so broken hearted to learn of his unfortunate situation over there, and I am so far away from him. I really wish I could take his place and suffer for him. I can hardly eat and sleep well, ever since the day he was retained there. Everyone who sees me can notice that I have lost a lot of weight, but what can I say?

My son has always been a very good son to me and he has always been a good husband to his wife and a good citizen to his country. I am very close to my son and he to me. I miss his regular calls to me to remind me to take my medicine for my hypertension, sinus and gout problems. He would always remind my husband and me to go for our medical check-ups even when he is overseas. With all my illnesses I do not know whether I could survive the long wait for his return home.

Edmond is our second son, and he has always been an ideal son to us. He is always very active, cheerful and considerate to others. I remember that he had always been this way ever since he was young, although he had always been sick from one problem to another. He had been suffering from Asthma ever since he was very young and he still gets attacks every once in a while. I hope he is alright now.

We are very lucky to have these two sons of ours, they had always been very good in school ever since their primary school days. They always knew how to attend to their school works without having to be told. They never gave me any problem whether in school among the other children or outside among their friends.

Edmond has always been a very caring son to us. I still remember the time when he knew that I had hypertension he went to buy me an electric BP set to check my blood pressure at home. At that time he had not started work yet, but he saved his pocket money to buy me the set. Then much later he bought me an electric Accugizer, because I complained that I had backaches, and this instrument was supposed to ease the pain. Then after he started working and when he could afford more, he bought me some jewellery, such as diamond earrings and pendants once in a while. Now when

EL000005

he is not around me, I can only look at these items and think of him and wish that he is back with me now.

He started working as soon as he graduated from the Singapore University (we could not afford to send our sons overseas for their studies), and worked very hard, because he wanted to save enough money to buy his own house so that he could look after his parents when they grow old. He managed to buy the house recently, but now that he met with this problem, he would not be able to continue paying the monthly instalments for the house for the next few years, and his poor wife will have to really struggle to do so. She is now considering selling it to lessen the financial burden on her if he cannot come back soon.

Edmond has always been very considerate, he even delayed his marriage in order not to put his parents into financial stress. He had rather work hard to save enough money for their marriage celebration, which he delayed until 2005, although they were registered in 2001. Then although they had already married, he dared not start a family yet because of his financial situation, but now it is worse, for he has to wait another few more years. Poor Edmond, my heart aches for him and his young wife.

Our two children had always made it a point to come home for a family dinner every week, without fail. Now we still do so, but each time I can only look at the empty seat where he always sits. I still cook his favourite dishes, but he is not there to taste them for some time to come (how long?). I will also miss his Birthday and Christmas presents which he always remembers to buy for us. I miss our son so much.

He cares for us so much that he always tells us to stop work and rest at home, because he says that we are now old and he doesn't want us to work any more. But now that he is not around who is going to support us if we stop working now? I pray that he comes home to me soon.

Sincerely Yours,

Sock Koen Teo

The Honorable Jeffrey S White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave
San Francisco Ca 94102

11 August 2007

Your Honor

Re: Kwong Yeen Edmond Looi

My name is Poh Yun Looi. I am Edmond Looi's father. I am aware that Edmond
has already pleaded guilty to child pornography, so I am writing to you to
provide additional information about my son, so that you may form a better
opinion of him for your kind consideration.

I am now sixty-nine years old and I live in Singapore together with my wife who
is sixty-six years old. Our health is not at it's best and it was a great blow to us
when we heard the bad news about our son Edmond. The two of us had been
suffering from hypertension, gout and kidney problems on and off, worse so in
my wife's case. We have two sons, Edmond (born on 7 April 1974) and
Raymond was born in 1972. We have all along been one very happy family until
now. Our children come home regularly for dinner once every week with their
wives. We miss Edmond very much each time. We miss his cheerful smiles and
jokes.

My wife and I had retired many years ago, and in order to keep myself alert, I do
a bit of work now and again, and also that we do not want to rely too much
financially on our children, as they have their own families to look after, although
Edmond always tries to persuade us to stop work We rely on our children most of
the time for a lot of things. Edmond has always been very dependable and
supportive. Now if he has to be away for a while, we will really be at a loss. We
pray that he will be able to come home soon.

My wife and I went through a difficult time trying to raise Raymond and Edmond
from young. We struggled to send them to a well-established school for their
primary and secondary schooling, and finally to the National University of
Singapore for their final education. Both of them served in the Singapore Military
for two years, and were both honorably discharged, but they still have to go back

EL000007

for reservist duties every so often. My wife and I always tell ourselves that we are very lucky to have such good children, who care so much for us. Fortunately our children had done quite well academically and career wise (enclosed is a list of achievements by Edmond).

Edmond worked in various well established international technology firms; namely Lucant Technologies, Telelogic Software, Bowne Global Solutions and Cisco Systems that have their branch offices here in Singapore. He always did well in all of them.

All throughout his years in school and university, Edmond had always done well in his school works. There was no need for us to check to make sure that he did his homework for he would always know what to do and when to do them. He was always very active in his school and university activities. Although he was largely left unsupervised after school with his brother while growing up, he was always very disciplined, never got into fights and was always well-mannered and responsible.

My wife and I went through countless sleepless nights right from the time Edmond was born, because he had been very weak since birth, and he had been suffering from asthma right from the time when he was very young, besides other minor illnesses. It was with God's help that he managed to survive till now. He was even warded in hospital for asthma before. We are praying hard that he doesn't get them now while he is there.

Edmond has always been a very sensible boy. From a young age, he knew that we are not well to do, so he never asked us to buy expensive toys for him or made a big fuss if he does not get things that he wants. He would make do with what little he had and if there was anything that he really liked, he would save up his own pocket money little by little to buy it himself and not burden us by asking us to get it for him.

Edmond is also a very thoughtful and sensitive son. As we could not afford domestic help; my wife would wake up as early as 5 am every morning to do housework before setting off to work. Edmond, seeing this would try his very best to help out with the housework after school. From as young as eight years old, he would help with the dishes and ironing of clothes to lighten his mother's burden. Through these little actions he shows his love and concern for us.

He is also a very supportive and filial son. I like to paint, but had not had time to do so all these while. In recent years, Edmond always encouraged me to take up painting again and to spend my time drawing. He would take beautiful photos of nature and show them to me to inspire me. He is one of the most avid supporters of my paintings and often encouraged me by saying that I should hold an exhibition one of these days. He would also urge my wife and I to spend more time with each other and to cherish each moment together. I know he means well and being a filial son, he wants us to relax and enjoy our golden years.

Edmond married his wife Peik Khoon Chew in 2001, but until now they had not been able to raise a family, as he had to save enough money and to support us, two old folks at the same time. Edmond has always been a very good son to us and he loves us very much. He always remembers his parents' and even his brother's and his family member's birthdays. Even now while he is away he still remembers and wishes us happy birthdays and happy anniversaries. We feel so touched when he still cares for us so much as to keep reminding us to take our medicine and to see a doctor whenever we don't feel too well. We are really pained very deep inside to think that he will not be around with us for a while. We do hope that it will not be too long.

Even now, whenever he writes to us, he always tells us he loves all of us very much, and each time he would remind us to take our medicine regularly everyday and not to miss any, especially my wife who has to take her hypertension tablets three times a day. He would also put out a brave front so that we would not suffer too much pain because of his case. He would tell us to pray for him and to have trust in God to protect us always. Every time we read his letters we cannot stop our tears from falling.

His brother Raymond has a daughter who is about 6 months old, and when Edmond writes home to ask about how the baby is getting on, he mentions that tears come to his eyes when he mentions that he does not know when he would be able to give us a grandchild. We always try to console him and tell him that he can do so when he comes home.


Sincerely Yours,


Poh Yun Looi

EL000009

**SCHOLARSHIP**

**National University of Singapore (NUS)**
EDB Final Year Focus Programme Scholarship (1998 - 1999)

**AWARDS**

**Cisco Systems (USA) Pte. Ltd.**
Cisco Achievement Program (CAP) Award (2005)
*[given to individuals who have demonstrated exceptional contribution to the achievement of business unit and company goals and objectives]*

**Lucent Technologies Singapore Pte. Ltd.**
Teams Achieving High Performance Award (2001)
Lucent Environment, Health & Safety Hero (2001)

**National University of Singapore (NUS)**
Engineering Silver Colors Award (1997 & 1999)
QMI International Achievement Award – 1st prize (1999)
ASME Region XIII International Student Design Competition – 3rd prize (1998)
Mechanical Engineering 2 Design Competition – Merit Award (1997)

**EXTRA-CURRICULAR ACTIVITIES (ECAS)**

**National University of Singapore (NUS)**
President              ASME - NUS Student Chapter (July 1997 - June 1998)
President              NUS Choir (February 1996 - February 1997)
Performing Member  NUS Choir (July 1995 - June 1998)
Chief Editor          IES - NUS Student Chapter [Créature] (July 1995 - June 1996)
Project Director      NUSSU PMC - Acquaintance Dinner (July 1995 - June 1996)
Event Director        Engineering Club - Sports Committee (July 1995 - June 1996)
Event Director        Engineering Club - FOCC (July 1995 - June 1996)

**National Junior College (NJC)**
Performing Member  NJC Choir (1991-1992)

**Anglo-Chinese School (ACS)**
Vice-Head Prefect    ACS Prefectorial Board (1988)
Prefect                ACS Prefectorial Board (1988 - 1990)
President              ACS Christian Fellowship (1988)
Member                ACS Christian Fellowship (1987 - 1990)

EL000010

18 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor:

**RE: KWONG YEEN EDMOND LOOI**

I am aware that my brother Edmond has pleaded guilty to possession of child pornography. While I am very sad and upset by what he has done, I am writing this letter in love and support of him.

Edmond is my only brother and he is two years younger than I. We were very close when we were kids. As our parents had to work full-time to support the family, we were often left on our own to play with each other. We would play together in almost all our games like hide and seek, building sand castles, chess, checkers, monopoly, badminton, tennis, and swimming. We enjoyed these times tremendously. Though we would sometimes fight, my brother would give way to me as elder brother as he was peace-loving with no mean streak in him. Till today, he would still affectionately address me as 'gor' (meaning elder brother in Cantonese).

From a young age, we had to fend and take care of ourselves. We attended the same school and took the public bus to and from school everyday. I remembered on few occasions that he would not hesitate to give up his seat to an elderly person whereas I would often be too embarrass even to act on it.

Edmond had been afflicted with asthma from young and has been on medication ever since. He was sickly as a child and would be going in and out of hospital for various treatments. Later on in life, he would also be suffering from severe headaches and migraines. However, my brother kept a positive attitude in life and never bowed to its pressures. He had never smoked, gambled or taken drugs. I have also never heard him swear or use expletives in his language. He is always well-mannered and lived a responsible life.

Edmond is especially fond of music and took up piano lessons many years back. One of the reasons why he used to practise hard on the piano and pass the Grade 8 music examinations was because he wanted my parents to feel proud as they had spent a lot of money to purchase the piano. This was at a time when our family was not well-to-do and had to save much to make this purchase. He did not want my parents to have spent the money in vain. He has always been a filial son and expressed it in sensitive ways like this.

He would also be enthusiastic about his love for music and would often try to get me interested in the different composers and their music. He would lend me his collection of music CDs just to stir my interest in classical music. I especially remember the time when he bought tickets just for the two of us to attend the musical "Phantom of the Opera". His many little thoughtful ways endeared us in the family to him.

My brother was also especially sensitive and thoughtful when it came to buying birthday gifts for family and loved ones. He would specially choose gifts that he knew we would like or met a specific need. I remember he would buy specially handcrafted crystals for my dad when he began this collection as a hobby. My mum has been suffering from high-blood pressure ever since she gave birth to Edmond. And so, Edmond has always been worried about her health. He would then buy a blood pressure machine for my mum to monitor her blood pressure. He was able to do this because he cared enough to buy things that mattered even if they were expensive at times. And he never once forgot any of our birthdays.

My brother was my best man at my wedding. Though I had a number of close friends, I chose my brother to be my best man because he was family and having him next to me was a way of telling him how dear and how much he means to me. I knew Edmond being an organized and capable man, would also be able to ensure the whole day's event was run meticulously and smoothly. He was also most generous in making a speech to welcome my bride as part of our family. My brother even bought a pair of matching watches for my wife and I. It was an expensive gift even though my brother was not drawing a big salary. It touched both my wife and I.

Edmond got married not long after me. He is a very caring husband and had planned their honeymoon to Europe to span over 3 weeks. When they came back from their honeymoon, I could tell he had definitely enjoyed the time because he was in very high spirits as he related every scenery and detail to us over dinner. He also told us he had taken over a thousand photographs. Edmond spared no effort to make it special and memorable for his wife.

After both of us got married and moved out of our parents' house, he would still make a point to go back to my parents' place to have dinner with them once a week. Especially if he knew that either my dad or mum was alone at home, he would make sure he bought food home for dinner. And he would buy their favourite food like 'clay pot' rice. My brother does not have a car to drive and would still take a public bus just to get to my parents' house despite the distance.

My brother loved our mum and dad's cooking especially home-cooked soup. As Cantonese, we would have home-cooked soup for almost every meal. He would specially request our mum to make it steaming hot. Sometimes he would buy our dad his favourite dessert – "Red Bean Soup". He was always mindful that our dad is not able to chew on hard things and made sure the food he bought for him was easily palatable. He treasured family time and would make every effort to be home to spend it with our parents even

EL000012

though I know sometimes that he is physically exhausted from a long day's work and from travelling.

Knowing that our mum would sometimes feel bored on weekends, he would offer to bring her out shopping. He had even offered to go on overseas holiday with her. He knows our mum likes to visit China and has made plans to travel there with her. From this, I can tell he really cares for and loves our mum.

Edmond is a kind and sociable person and he is not only caring towards his own family members but towards our relatives as well. He always remembered where each person's 'journey' in life was. For example, whenever we had family gatherings, he would not fail our cousins like "How did your year end exams go?", "Are you still looking for a buyer for your flat?" He genuinely cared about other people's lives and always interested in engaging them in a meaningful and lively conversation. He would offer insights and his opinions when asked. My late uncle Peter used to say that out of all his nephews, Edmond was his favourite as Edmond had a keen mind and was always able to engage him in intellectual discourses. Because of this personality trait of his, Edmond endeared himself to all our relatives.

When my uncle Peter passed away in the beginning of this year, he unhesitatingly offered to stay overnight at the wake to help out in whatever way he could. He also volunteered to fetch my late uncle's daughter from the airport, as he knew she would be devastated by the news from her return and would need consolation. He also took upon himself to make sure everyone had someone to send them home late at night after the funeral.

Edmond has my full love and support through this whole ordeal. He is in my thoughts everyday as I pray for his safe return.


Yours sincerely,



Raymond Looi

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

14 Aug 2007

Your Honor:

Re: Edmond Looi

I am Edmond's godma/aunt, and I am aware that Edmond has pleaded guilty of
possessing child pornography.

To my knowledge, Edmond has always been a good son. As far as I know him from a
baby till his grown up years, he has been one of the top scholars in school, a kind and
helpful civilian – who helps in church and always tutoring kids in his schools when they
fall behind in their academic achievements. He wants the best for every simple John and
Jane. A kind to heart young man, he is very respectful of the elders, especially his parents
who are in their senior years and depend very heavily for his financial support. He makes
sure they get the best and for himself he lives a very humble life – taking the bus to work
rather than like everybody else driving a automobile.

When I visit Singapore, he always shows up with a respectable attitude and a big smile to
welcome my family and I. He is always concern about our well being, such as our health,
work and other general aspects of life. Every Christmas and birthdays, he never fails to
send my family and I well wishes and cards.

On one occasion, when my big sister – his mother was ill, he took good care of her during
the whole entire time until she got better and gave thanks to God.

Edmond is every parents dream child and a very good nephew to me.

Respectfully,

Julie Ngiam
    Edmond's godma/aunt.
    2 Carissa Ct. Greer, SC29650
    USA

EL000014

Date: 16 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

RE: KWONG YEEN EDMOND LOOI

I am aware that Edmond has pleaded guilty of possessing child pornography.

Edmond is my nephew. I have known him since he was born. He is a
thoughtful, kind and considerate person. He always makes his presence felt
during family gatherings.

About seven months ago, my husband, his uncle passed away. He was a
tower of strength at the funeral; doing his best to comfort me and support
me, staying back throughout the wake to look after the guests and to lend a
sympathetic ear.

He is also a responsible and hardworking person. During his high school, he
was the assistant head prefect and his dedication was praised by his
principals and teachers. He is well liked by his relatives and peers. I always
found him to be a gentleman. He also serves in the church.


Yours sincerely

Nina Teo

Date: 7 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

**RE: KWONG YEEN EDMOND LOOI**

I am aware that Edmond has pleaded guilty of possessing child pornography.

I am Edmond Looi's aunt. I am very sad he had committed such offence. I remembered when he was only 3 years old; he already knew how to care for others.  He would share his toys with other children. He even taught my children in their Mathematics and Science.

Last year, at the family gathering, we were talking about liking. I mentioned that I like the Taiwan singer "Liew Wen Zen" very much. Not long after that, he gave me the album of "Liew Wen Zen". I was so happy until my tears rolled down. He is such a sensible boy.

In Jan 2007, I had my leg operated and was warded in hospital. Although he was very busy with his work, he still visited me in the hospital with fruits and flowers. I will never forget his kindness and love. Just hope that he will live normally after this incident.


Yours sincerely,




Mdm Teo Seok Wan
2nd Aunt of Edmond Looi

EL000016

Date: 8 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

**Re: Kwong Yeen Edmond Looi**

I am aware that Edmond has pleaded guilty of possessing child pornography.

Edmond Looi is my nephew. He is a caring and loving person.

He has gone on various mission trips to built schools for the poor countries in South East Asia. This is in order to help the poor children being educated.

At home, he is also very concern about his parents. Whenever his mother sick, he would called her few times a day just to remind her to take medicine regularly.

He knew that his parents are longing to go overseas for tour. He intends to bring his parents for China tour. He told them that he would bring them to some other interesting places when he is free.

Edmond is such a nice man and we will always love him.

Yours sincerely

Jeffrey Leow
Edmond's Uncle

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor:

I am writing this fully aware that Edmond Kwong Yeen Looi has pleaded
guilty of possessing child pornography.

My name is Andrew Wong and I'm Edmond's brother-in-law.  I am a
resident of Malaysia and a professional qualified accountant who is
operating my own business in Malaysia.

I first got to know Edmond as a friend in 1998. The first impression
that Edmond gave me was that he is a very caring person. As I got to
know him more, Edmond proved himself to be more than just a caring
person but someone who puts friends and family above self. He would go
to great lengths to help anyone in need irregardless of religion, race,
nationality and age. A lot of fortunate people had benefited from this
virtue of Edmond throughout the years I had known him.  For example, in
2006, Edmond loaned us his hard-earned savings (he was saving for a
house) to my wife and I when we were caught in a tight financial
situation and needed cash.  He never pushed us to return that money we
owed him and has never mentioned it in front of me. In return, he still
treats us with respect and never looked down on us.  In this
materialistic world, it is indeed hard to find someone as generous like
Edmond.

I was very glad when Edmond married my sister-in-law in 2005 as I know
that she will be well taken care of. Once again, Edmond demonstrated
himself to be a very devoted and loving husband. Edmond took very good
care of my sister-in-law and she never did have to work hard at
housework as Edmond willingly helped her do it all the time.  I
personally saw this when I visited them at their home in Singapore.

He also demonstrated fairness and honesty in dealing with family
issues. Edmond and his wife grew and walked the path of Christianity
and the two of them always jumped into the first opportunity to help
others. Edmond has been a volunteer in his church for many years.
Besides that, Edmond also worked hard in his career to provide his
family a good life.  Before this sad incident happened, he had wanted
to invite my parents-in-law to live with them in Singapore so that he
could look after them better.  He has proven himself to be a filial and
caring son.

It is unfortunate that the current incident had happened and I am
personally saddened by the news. There is never a doubt in me that the
incident was not done intentionally or premeditated.  It is just a case
of one-off carelessness on Edmond's part and I believed he is now very
sorry for his actions.  It is our family's promise to see Edmond
through these difficult times and to give him support in whatever way
we can when he is released.  We are all looking forward to that

EL000018

wonderful day when Edmond can come back to us again.  He will be
welcomed home with open arms.


Yours sincerely,


ANDREW WONG

EL000019

Date: 16 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

**RE: KWONG YEEN EDMOND LOOI**

I am aware that Edmond has pleaded guilty to possession of child pornography.

Edmond is my cousin. He is about 10 years older than me and has always given me sound advice on my personal, academic and social growth. Whenever I had any difficulties in my studies, Edmond would always take the time to tutor me in my weaker subjects, making sure that I understood the concept of each subject thoroughly.

He also lent a listening ear to my teenage years when I was prone to channel my teen angst and lack of communication with my parents into rebellious behavior.

As I entered into my twenties, Edmond would always discuss my future with me. He would engage in a discourse of which profession I would be suited for, taking into account my personality, character traits and disposition. It was in large part due to his honesty and constructive criticism that I eventually decided that I wanted to read Law and contribute back to society in a positive manner.

Edmond is a caring cousin who had always has my best interests at heart, and I hope that his selflessness be taken into consideration in meting out his sentence.


Yours sincerely,

Daniel Zhang

Date: 9 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

**Re: Kwong Yeen Edmond Looi**

I'm Kelvin Leow, Edmond's cousin.
I call Edmond's mother as my Godma, although she is my aunt.
I call Edmond's father as my Godpa, although he is my uncle.

I am aware that that Edmond has pleaded guilty of possessing child pornography.

We are born in the same year 1974, and we grew up very commonly together when we were young. We had many childhood memories together, with catching insects during rainy days, playing monopoly throughout 24hours, playing computer games on an old apple computer. We always joked about those rainy days, since those are the days that we could catch the most number of insects coming out of the bathtub hole.

When it was the school holidays, I always tried to stay over at Godma's place so that I can have fun together with Edmond.

Edmond has been a strong pillar of support for his mum, and his dad. Even during his childhood days, you could see him coming back early from school to help in household chores. Pouring a drink for his mum. Helping his dad with simple calculations or paperwork.

When we started work, as Edmond's graduation is only 1 year later than mine, we kept in occasional touch. We had a few cousins gathering. There I understand that Edmond has one deep desire, to make enough money so that his mum (My Godma) can stop work earlier.

Edmond went into trading business, as well as MLM in the 2000s, to fulfill his dream, but he had a falling out with his trading business partner one year later.
Edmond's MLM foray was also not working out, despite his long hours at work. At one time I believe Edmond was working almost 16hrs a day.

Despite his long hours, Edmond was never out of touch with his family and wife, Peik Khoon. He treasured her as deeply as the 1st day I knew Peik Khoon.

As one of the key breadwinners for his family, I understand that his wife, Peik Khoon is under tremendous stress to maintain the house, maintain life as it is, and yet, I never doubted that Peik Khoon will await Edmond's return. Such is their love.

Edmond is devoted to God as well. He has given numerous free tuitions out of his squeezed time, without a single complaint. He has gone for missionary trips to build houses, and he was a counselor for many people.

Recently, Uncle Peter died. In Chinese customs, we have to stay the whole night during the funeral wake, spanning 5 days, and usually it is done by family members. Edmond, as a cousin, did not even hesitate to stay 2 nights, and he still had to go to work the following day. I stayed with Edmond on the last night, and we talked about the unknown in life. I could see how badly Edmond took Uncle Peter's death. And how worried Edmond was for his mum, who is the sister of Uncle Peter.

I am aware that Edmond's dad has been supporting Edmond throughout the sentence, and I am sure Godpa will support Edmond even upon his release.

I will also help Edmond is whatever ways possible upon his return. Be it counseling, job, money, etc.

We hope to see Edmond back soon. God Bless.
Cheers!

Kelvin Leow
Cousin of Edmond Looi

EL000022

Date: 16 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

**RE: KWONG YEEN EDMOND LOOI**

I am aware that Edmond has pleaded guilty of possessing child pornography.

I am his cousin and have known him since we were young.  He has always been one of the big brothers as my cousin and we always looked up to him as the smart and witty one, providing us brainteasers to solve and cracking jokes at family gatherings.  He always enjoyed a hearty meal and always attended large/extended family gatherings as much as he is able to.

I have always also known him as a devoted husband to his wife.  He is always attentive to her and you can see the care, concern and tender love he has for her when you see them together and the way they communicate.  For as long as I can remember, he dutifully accompanies his wife back to her hometown of Malaysia to visit his in-laws to celebrate the lunar New Year whenever he can.

He also started going to church and serving the Lord, God from a young age, during his teenage years and has continuously been doing so to date.  His family has always been very proud of him, he received scholarships and I understand had a job offer even before he completed his varsity and thereafter excelled at his work place.

Most recently, he offered help without hesitation during my father's wake.  He stayed throughout the night at the funeral parlor with the body and coffin without falling asleep.  We all want the very best for him, God bless and we will keep him in our prayers.


Yours sincerely,

Pearline Teo

19 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102


Your Honor,

**RE: Kwong Yeen Edmond Looi**

I am Edmond's cousin and I am aware that Edmond has pleaded guilty to possessing child pornography.

Edmond has always been a very supportive cousin. As an older cousin, Edmond has always been supportive in my studies, and has always helped me whenever he could.

I recall there was a time when Edmond did not do as well as he anticipated in his GCE A Levels examination. However, he still made an effort to tutor me on the very same day that he collected his A level results even though he was not in his best form. Instead, I was the one who did not know how to comfort him when he most needed it.

When my parents could not understand my passion for singing, Edmond stood by and supported me. He helped me to research on how I could further excel in singing, in discovering the different genres of singing and how this would affect the music that I make. It made a difference in my life. Some of my most enjoyable moments in life were when I participated with my choir in numerous overseas competitions and winning many awards. I am proud of those moments and couldn't have achieved it without Edmond's support.

These are just some of the many examples how he has contributed to the lives of people around him. He is always helpful his family, relatives and friends, genuinely supporting them in their times of need. During our regular family gatherings, he will always try to be present, sharing laughter and memories.

I ask your honor to consider these aspects when imposing a sentence.


Yours sincerely,

Leow Phay Ling
Cousin of Edmond Looi

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

10 August 2007

Your Honor:

Re: Kwong Yeen Edmond Looi

My name is Kok Sou Chew and I'm Edmond's father-in-law. I am aware that Edmond has pleaded guilty to possession of child pornography. I live in Malaysia with my wife. We have 2 daughters and Peik Khoon is my youngest daughter. Edmond is my 2nd son-in-law.

My wife and I first got to know Edmond when my younger daughter brought him home to meet us in 1995. They were both studying in the National University of Singapore then.

Edmond is a very nice boy. When I met him the first time, he gave me a very good impression. As I got to know him, I found him to be polite, respectful to elders, honest and generally just a very nice person. He is also very patient. He would sit with me for hours, listening to me, asking about my health or just talking to me to keep me entertained. I also notice that he would help my wife with the housework, sweeping the floor and washing dishes. I remember thinking what a nice boy my daughter has brought home.

Over the years, Edmond never failed to remember me or my wife's birthdays. He would always call from Singapore to wish us. He even remembers when is our wedding anniversary and would call to wish me and my wife too. When Peik Khoon told us that they were getting married, I was so happy because I knew Edmond will take good care of my daughter.

Edmond always asks after my health and will always chide me if I forget to take my medication or vitamins (I have hypertension and am on constant medication). He is caring and filial. When my wife and I visits them in Singapore, Edmond will always take the trouble to bring us out and even gives us spending money, asking us to go shopping to amuse ourselves. He was afraid we'll be bored. He is sensible and good.

As a husband, Edmond is very caring and loving towards my daughter. He never lets her do heavy household chores and would take on these responsibilities himself. With Edmond, I can see that Peik Khoon leads a very happy and blissful life and I was really glad and happy for them.

EL000025

Edmond is a caring person. Whenever my wife or I was not well, Edmond never fails to call to ask how we are doing. The only exception is when he is traveling for work. I really miss Edmond's phone calls and talking to Edmond. Also, as a testament to Edmond's caring nature, there were many times when Edmond would pay for his own airfare and accommodation to join church missions overseas to impoverished areas (Chiengmai, Bangkok) to volunteer to build schools and houses for the people there.

Edmond would sit with me for hours to explain the gospel and talk to me about the Lord. It is really rare to find a young man these days who is so respectful and patient to his elders. He even treats us the same as he treats his own parents.

My wife and I love Edmond just like he is our own flesh and blood. We miss him very much. We are both saddened by this incident but deep down we both know that Edmond is a good person and that he meant no harm. We are behind him all the way in this and look forward to the day when he can come home to us again.


Yours sincerely,


Chew Kok Sou

Date: 12 August 2007

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

Your Honor

**Re: Edmond Looi**

I am writing fully aware that Edmond has pleaded guilty of possessing child pornography. Having said that, allow me to still share with you aspects of Edmond's life in the 12 years that I've known him in the rest of this letter.

I'm Edmond's sister-in-law. Edmond's wife Peik Khoon is my younger sister. I first met Edmond back in 1995 in Singapore when both Edmond and Peik Khoon were still studying in the National University of Singapore. As an older sister, I was naturally very protective of Peik Khoon and was vary of the people that are her friends. However, Edmond won me over easily as he came across as very friendly, easy-going and most importantly, he showed that he cared about Peik Khoon a lot. During my 3-day stay in Singapore, Edmond took us out for meals and sight-seeing, going out of his way to keep us entertained even though he had classes to attend the next day.

Over the course of the next few years, as I get to know more of Edmond, I find that he is caring and sincere. He's always putting other people's comforts and needs before his. This can be seen in the way he treats our parents and relatives even before he married my sister. He takes time to talk to them and to get to know them. Edmond won the hearts of all our relatives when he was first introduced to them with his warm personality and sincere attitude. On one occasion, Edmond even tried to learn Hokkien, a Chinese dialect so that he could converse with our grandmother better.

When Edmond married Peik Khoon, he showed another admirable side of him to me. He loves and respects my parents just like his own. Both my parents are not working and Edmond has taken on the responsibility, along with my sister and I to support them financially. He does this willingly and sometimes, he even gives more than us sisters. This is a comfort to my parents as they already don't have any means of income and have to rely on us for support.

Each time my parents visit Singapore, Edmond will definitely take the time to bring them out to make sure they are occupied and am not bored. Edmond is also responsible for the fact that both my parents are embracing Christianity. It was he who took the time to sit down and explain about God and the bible to my parents.

EL000027

Throughout all these years that I've known Edmond, I've never known him to hurt anyone intentionally. He is always caring, loving towards my sister, kind and helpful towards me and my husband Andrew, respectful and filial towards my parents and relatives. I am saddened to learn of this unfortunate incident but I truly believed that this was a very stupid mistake on Edmond's part and he never had any malicious or evil intent towards anyone by doing what he did. It was wrong and I believed that he is sorry.

We (including my sister, my parents and my husband) love Edmond just the same and intend to support him throughout his sentence and also after his release.

I thank you for your kind attention.


Yours sincerely,

Jenny Chew

The Honorable Jeffrey S. White
United States District Judge
Federal Building, 19th Floor
450 Golden Gate Ave.
San Francisco CA 94102

20 August 2007

Your Honor,

Re: Edmond Looi

I am Lingshi, Edmond's sister-in-law, and I am aware that Edmond has pleaded guilty of possessing child pornography.

Edmond has always been a very thoughtful, sensitive and caring person. He takes special note of all our birthdays, is always ready to bless us with a gift for every occasion, and when he travels abroad. He expresses his concern for all of us in practical ways and is very detailed and attentive to our needs. Whenever we gather for family meals at a restaurant, he will always order my parents-in-law's favourite foods and remembers that only softer foods are suitable for them at their age. When Edmond's parents-in-law visits them in Singapore, he will always make special efforts to bring them around so that they will have a meaningful time here. He will also bring his parents-in-law to church whenever they want to go, both in Singapore and Malaysia. When Edmond got married, he chose to bless my husband and me by booking another hotel room for us as he remembered that it's also our wedding anniversary.

Edmond has a very friendly disposition, engaging everyone, even those whom he meets for the first time. I remember during my wedding, he came to my house with wedding gifts from my husband's family, and was very engaging with my parents even though he was meeting them for the very first time. He could quickly get my parents to warm up to him, and before long, his warm and inclusive nature made everyone feel comfortable with one another.

Edmond is a good man, with a heart to bless those in need. He uses his work leave annually to go on mission trips. When asked about his trips, he is always full of excitement and enthusiasm in sharing about the people whom he has met and blessed. Our hearts are always encouraged by his consistency in helping people.

Edmond is a very family-oriented man, has a big heart, treasuring not only his direct family members, but also his extended family members like his in-laws, cousins, aunts and uncles. He takes time to be involved in all of our lives, and gives the best he can for his family.

Yours sincerely

Lingshi Lim

EL000029