UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: September 20, 2007

Case No. CR-07-353 JSW          Judge: Jeffrey S. White

United States of America  v. Kwong Yeen Edmond Looi
                              Defendant
                              Present ( X ) Not Present ( ) In-Custody ( X )

| Derek Owens | Steven Kalar |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini        Court Reporter: Sahar McVickar
                                       USPO: E. Ann Searles

### PROCEEDINGS

**REASON FOR HEARING:** Judgment and Sentencing

**RESULT OF HEARING:**
**Joint Motion for downward variance: GRANTED**
**The Court accepted the plea agreement and the defendant is sentenced as follows**
The defendant is sentenced as follows:
Commitment to the Bureau of Prisons for a term of 46 months, followed by 5 years of supervised release. Obey all laws and the standard conditions of release and the following additional conditions:
1. The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States;
2. The defendant shall participate in a mental health program, as directed by the probation officer, until such time as the defendant is released from treatment by the probation officer;
3. The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search;
4. The defendant shall not possess or use a computer with access to any "on-line computer service" at any location (including employment) without the prior approval of the probation officer;
5. The defendant shall not possess or use any data encryption technique or program;
6. The defendant shall (1) consent to the probation officer conducting periodic unannounced examinations of his computer equipment, which may include retrieval and copying of all data from his computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection, and (2) consent at the direction of the probation officer to having installed on his computer(s), at the defendant's expense, any hardware or software systems to monitor his computer use;
7. The defendant shall refrain from accessing, via a computer, any "material" that relates to the activity in which he was engaged in committing the instant offense namely: child pornography;

September 20, 2007
CR-07-353 JSW
United States of America v. Kwong Yeen Edmond Looi

8. The defendant shall maintain a daily log of all addresses he accesses via any personal computer (or other computer used by him), other than for authorized employment, and make this log available to the probation officer;
9. The defendant shall provide all personal/business phone records to the probation officer upon request. Further, the defendant shall provide the probation officer written authorization to request a record of all his outgoing or incoming phone calls from any phone service provider;
10. The defendant shall not possess or use any computer; however, he may, with the prior approval of the probation officer, use a computer in connection with authorized employment and/or education;
11. The defendant shall consent to third party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed;
12. The defendant shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons;
13. The defendant shall cooperate in the collection of DNA as directed by the probation officer.
14. The defendant register as a sex offender prior to deportation.